Caleb L. McGillvary, Pro se
#1222665/SBI#102317G NJSP
Po Box 861 Trenton, NJ 08625-0861

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
FEB 20 2024
CLERK, U.S. DISTRICT COURT
By _____ KR
         Deputy

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS

| | |
|---|---|
| TAYLOR HAZLEWOOD,<br>    PLAINTIFF<br>    And<br>CALEB L. MCGILLVARY<br>PKA "KAI THE HITCHHIKER"<br>    INTERVENOR<br>V.<br><br>NETFLIX, INC.<br>    DEFENDANTS | CIVIL ACTION NO.<br>3:23-CV-1109-N |

DISCLOSURE REQUIRED BY FED. R. CIV. P. 7.1(a)(2)

Pursuant to Fed. R. Civ. P. 7.1(a)(2), the undersigned, pro se Intervenor-Plaintiff Caleb L. McGillvary, certifies that Intervenor-Plaintiff is a citizen of Canada residing in the United States for over 10 years and domiciled in New Jersey.

Date: 2/9/24

_____
Caleb L. McGillvary, Pro Se
#1222665/SBI#102317G NJSP
PO Box 861 Trenton, NJ
08625-0861