IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| TAYLOR HAZLEWOOD, | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| v. | § | Case No. 3:23-cv-01109-N |
| | § | |
| NETFLIX, INC., | § | |
| | § | |
| *Defendant.* | § | |

**STIPULATED NOTICE OF DISMISSAL**

Plaintiff Taylor Hazlewood files this Notice of Dismissal Pursuant to Federal Rule 41. The Parties agree to Plaintiff's dismissal of this action with prejudice. Accordingly, Plaintiff asks that this Court, in all things, dismiss this action with prejudice and close this case.

Respectfully submitted,

*/s/ Angela M. Buchanan*
Angela M. Buchanan
State Bar No. 24059213
PHILLIPS MURRAH P.C.
3710 Rawlins St., Ste. 900
Dallas, Texas 75219
Tel: (469) 485-7341
Facsimile: (214) 434-1370
ambuchanan@phillipsmurrah.com
ATTORNEY FOR PLAINTIFF

AND

/s/ *Joshua J. Bennett*
Joshua J. Bennett
jbennett@carterarnett.com
Carter Arnett PLLC
8150 N. Central Expressway, Suite 500
Dallas, Texas 75206
ATTORNEY FOR NETFLIX, INC.

1

2

**CERTIFICATE OF SERVICE**

      I hereby certify that a true and correct copy of the foregoing document has been served upon the following counsel on this 24th day of May, 2024.

      Joshua J. Bennett
      Linda R. Stahl
      E. Leon Carter
      Monica Litle Goff
      CARTER ARNETT PLLC
      8150 N. Central Expressway, Suite 500
      Dallas, Texas 75206

      */s/ Angela M. Buchanan*
      Angela M. Buchanan